

# Fourth Court of Appeals
## San Antonio, Texas

February 23, 2021

No. 04-21-00051-CV

**IN THE INTEREST OF Y.P.C., ET AL, CHILDREN**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02855
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

In this accelerated appeal, the clerk's record was due on February 22, 2021. On the due date, the Bexar County District Clerk filed a notification of late record requesting additional time to prepare the clerk's record.

The request for additional time to file the record is GRANTED. The clerk's record is due on March 2, 2021. *See* TEX. R. APP. P. 35.3(c) (limiting an extension in an accelerated appeal to ten days).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2021.



_____
Michael A. Cruz,
Clerk of Court